■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BENJAMIN FLORES, Appellant. [679 NYS2d 848] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Rivera, J.), rendered July 12, 1996, convicting him of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's request for a missing-witness charge was untimely (*see, People v Aguaro,* 241 AD2d 459; *People v Pendleton,* 156 AD2d 725). In any event, the People demonstrated that the witness's whereabouts were unknown, and that diligent efforts to locate her were unsuccessful (*see, People v Gonzalez,* 68 NY2d 424).

Contrary to the defendant's contention, the record fails to support his claim that he was denied the effective assistance of counsel (*see, People v Hobot,* 84 NY2d 1021; *People v Baldi,* 54 NY2d 137).

The defendant's remaining contentions are without merit. Sullivan, J. P., Altman, Krausman and Florio, JJ., concur.